UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIAM MALONE COLLETTE
MARTINEZ,

**Plaintiff,**

vs.                                                    **Case No. 8:10-cv-1-T-27TBM**

FNU JULIAN (Mrs.), et al.,

**Defendants.**

_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate

Judge recommending that Plaintiff's *pro se* Affidavit of Indigency (Dkt. 2), which is construed as

a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, be denied (Dkt. 4).

Plaintiff has not filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an

independent examination of the file, it is **ORDERED** that

1)      The Report and Recommendation (Dkt. 4) is adopted, confirmed, and approved in

all respects and is made a part of this order for all purposes, including appellate review.

2)      The complaint (Dkt. 1) is **DISMISSED** without prejudice.

3)      The construed motion for leave to proceed *in forma pauperis* (Dkt. 2) is **DENIED**

without prejudice. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

4)      Within **twenty (20) days** of this order, Plaintiff shall file an amended complaint

consistent with the pleading requirements of the Federal Rules of Civil Procedure which clearly sets

forth cognizable causes of action. Upon filing her amended complaint, Plaintiff shall either file a

renewed motion for leave to proceed *in forma pauperis* or pay the required filing fee. **Failure to comply with this order shall result in immediate dismissal of this action without further notice.**

**DONE AND ORDERED** in Tampa, Florida, on this _18th_ day of February, 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Unrepresented parties