UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIAM MALONE COLLETTE MARTINEZ,

Plaintiff,

vs.                                                            Case No. 8:10-cv-1-T-27TBM

FNU JULIAN (Mrs.), et al.,

Defendants.
_____/

## ORDER

**BEFORE THE COURT** is a Report and Recommendation (Dkt. 9) submitted by the Magistrate Judge. The Magistrate Judge has recommended that Plaintiff's *pro se* Affidavit of Indigency (Dkt. 8), which is construed as an amended motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, be denied. Plaintiff has not filed any objections. After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Report and Recommendation (Dkt. 9) is adopted, confirmed, and approved in all respects and is made part of this order for all purposes, including appellate review.

Accordingly, it is **ORDERED** that

1) The construed amended motion for leave to proceed in forma pauperis (Dkt. 8) is **DENIED**. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

2) The Second Amended Complaint (Dkt. 7) is **DISMISSED WITH PREJUDICE**.

3) The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** this 24th day of May, 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Unrepresented parties